IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:24-cr-00050-D-BM-1

| UNITED STATES OF AMERICA, | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY PROTECTIVE ORDER |
|---|---|
| v. | |
| RASHAWN HERBERT HINES, | |
| Defendant. | |

This matter comes before the Court on the unopposed motion of Defendant Rashawn Herbert Hines to modify the protective order. For good cause shown, the motion is GRANTED.

The laboratory analysis reports and data Bates-stamped 29, 30, 31, 1334-1343, 1357-1358, 2219-2541, 2560-2615, and 2639-3017, are hereby excluded from the scope and application of the protective order [D.E. 67]. All other provisions of the protective order shall remain in effect.

IT IS SO ORDERED.

This the 20 day of January, 2026.

JAMES C. DEVER III
United States District Judge